AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Bruce Redmond<br><br>Defendant(s) | ) ) ) ) ) ) ) Case No. 3:19mj30 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 2017 to present__ in the county of __Luzerne__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Sec. 922(g)(3) and 924(a);<br>18 USC Sec. 922(j) and 924(a);<br>26 USC Sec. 5841, 5861(d) and 5871;<br>21 USC Sec. 841 (a)(1) | On or about April 9, 2019, the defendant, being an unlawful user of controlled substances, did possess 58 firearms and ammunition, a stolen firearm, and a 12 gauge shotgun with a barrel less than 18 inches which was not registered to him in the National Firearms Registration and Transfer Record, and did possess with intent to distribute methamphetamine. |

This criminal complaint is based on these facts:
See Attached Affidavit of Probable Cause

☑ Continued on the attached sheet.

_____
Complainant's signature

TFO Edward Palka, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 5-1-19

_____
Judge's signature

City and state: Scranton, PA

Karoline Mehalchick U.S. Magistrate Judge
Printed name and title